**NATALIE K. WIGHT, OSB #035576**
United States Attorney
**JOSHUA KELLER, NYSB #4297396**
Assistant United States Attorney
United States Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Email: Joshua.Keller@usdoj.gov
Phone: 503.727.1011
        Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **TAREQ ZIAD FOUAD ZAKARNEH,** | Case No. 3:22-cv-01812-SI |
| Plaintiff, | **DEFENDANT'S MOTION FOR SCHEDULE ON SUMMARY JUDGMENT BRIEFING** |
| v. | |
| **UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,** | |
| Defendant. | |

## CERTIFICATION PURSUANT TO LR 7-1

On June 14, 2023, counsel for Defendant conferred with pro se Plaintiff by telephone to confer with him about whether he would agree to the proposed schedule set forth below.  Plaintiff did not provide a clear position on the proposed schedule.

**Page 1 – Defendant's Motion for Schedule on Summary Judgment Briefing**

## MOTION

Pursuant to Federal Rule of Civil Procedure 26(f), and Local Rule 26-1(1), Defendant United States Citizenship and Immigration Services ("Defendant") moves the Court to set a schedule for summary judgment.

Defendant filed a proposed schedule on May 1, 2023, which has not yet been entered. However, since that time, Defendant's counsel's calendar was disrupted by an unexpected family medical matter. In addition, counsel will be out of the country for much of the latter half of June.

Defendant therefore proposes the following schedule for summary judgment briefing:

- Defendant will file its motion for summary judgment and accompanying memorandum on July 27, 2023 and will also file a *Vaughn* index at that time.
- Plaintiff will file his motion for summary judgment and his combined opposition to Defendant's motion and memorandum in support of his own motion on August 28, 2023.
- Defendant will file its combined opposition to Plaintiff's motion and reply in support of its own motion on September 18, 2023.
- Plaintiff will file his reply in support of his motion on October 10, 2023.

**Page 2 – Defendant's Motion for Schedule on Summary Judgment Briefing**

Dated this 14th day of June, 2023.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney
District of Oregon

*/s/ Joshua Keller*
JOSHUA KELLER
Assistant United States Attorney
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed within a first-class postage prepaid envelope and deposited in the United States Mail within the offices of the United States Attorney or at a United States Post Office according to established office practice at Portland, Oregon, on June 14, 2023, addressed to:

Tareq Zakarneh
P.O. Box 56401
Portland, Oregon 97238

*/s/ Samantha Schultz*
SAMANTHA SCHULTZ
Legal Assistant

**Page 4 – Defendant's Motion for Schedule on Summary Judgment Briefing**