**NATALIE K. WIGHT, OSB #035576**
United States Attorney
**JOSHUA KELLER, NYSB #4297396**
Assistant United States Attorney
United States Attorney's Office for the District of Oregon
1000 SW Third Avenue, Suite 600
Portland, Oregon 97204-2936
Email: Joshua.Keller@usdoj.gov
Phone: 503.727.1011
      Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF OREGON

| | |
|---|---|
| **TAREQ ZIAD FOUAD ZAKARNEH,**<br><br>    Plaintiff,<br><br>v.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,**<br><br>    Defendant. | Case No. 3:22-cv-01812-SI<br><br>**DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR RECONSIDERATION** |

**Page 1 – Defendant's Response to Plaintiff's Motion for Reconsideration**

Defendant through counsel opposes Plaintiff Tareq Ziad Fouad Zakarneh's ("Plaintiff") Motion for Reconsideration to Continue Proceeding ("Reconsideration Motion") (ECF 37).

On November 9, 2023, Plaintiff moved to "put the case on an abeyance mode." ECF 33. By order dated November 10, 2023 ("November 10 Order"), the Court denied that motion and "ordered Plaintiff to show cause why this case should not be dismissed without prejudice." ECF 34; *see also* ECF 35. "Plaintiff failed to comply with that Order." ECF 35. On March 11, 2024, the Court dismissed this case without prejudice. *Id*.

In his Reconsideration Motion, Plaintiff appears to contend that a November 15, 2023 email shows cause as to why his case should not be dismissed without prejudice. But that does not explain why Plaintiff failed to comply with the November 10 Order to show cause as to why his case should not be dismissed. And it does not present circumstances that may warrant granting motion for reconsideration. *See Marlyn Nutraceuticals, Inc. v. Mucos Pharma GmbH & Co.*, 571 F.3d 873, 880 (9th Cir. 2009) (A motion for reconsideration "should not be granted, absent highly unusual circumstances, unless the district court is presented with newly discovered evidence, committed clear error, or if there is an intervening change in the controlling law.") (citation and internal quotations omitted).

## CONCLUSION

For the foregoing reasons, the Court should deny Plaintiff's Motion for Reconsideration.

**Page 2 – Defendant's Response to Plaintiff's Motion for Reconsideration**

Dated this 15th day of April, 2024.

Respectfully submitted,

NATALIE K. WIGHT
United States Attorney
District of Oregon

*/s/ Joshua Keller*
JOSHUA KELLER
Assistant United States Attorney
Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was placed within a first-class postage prepaid envelope and deposited in the United States Mail within the offices of the United States Attorney or at a United States Post Office according to established office practice at Portland, Oregon, on April 15, 2024, addressed to:

Tareq Zakarneh
P.O. Box 56401
Portland, Oregon 97238

A copy was also emailed to Plaintiff at Tyler.zakarneh@hotmail.com.

                                                  */s/ Samantha Schultz*
                                                  SAMANTHA SCHULTZ
                                                  Legal Administrative Specialist